sauce, at the time of exportation thereof, were sold and freely offered for sale in Italy to all purchasers in the ordinary course of trade, packed ready for shipment in the usual wholesale quantities, in Naples (one of the principal markets of Italy) for exportation to the United States, at the following values, there being no higher foreign value:

| Reappraise-ment No. | Entry | Tomatoes per case of 24 tins of 1,200 grams each | Tomatoes per case of 48 tins of 600 grams each | Tomato sauce per case |
|---|---|---|---|---|
| 135036–A | 12012 | $2. 10 | $2. 70 | |
| 135037–A | 13120 | 2. 10 | 2. 70 | |
| 135038–A | 14360 | 2. 10 | 2. 70 | |
| 135040–A | 1043 | 1. 90 | 2. 50 | |
| 135039–A | 15734 | 2. 10 | 2. 60 | |
| 135041–A | 2330 | | | $4. 30 |
| 135042–A | 3283 | 2. 00 | 2. 60 | |
| 135043–A | 3738 | 2. 00 | | |
| 135044–A | 4169 | | | 4. 30 |
| 135045–A | 4334 | 2. 05 | 2. 65 | |
| 135048–A | 4194 | | | 4. 30 |
| 135046–A | 6188 | 2. 05 | 2. 65 | |
| 135047–A | 6241 | | | 4. 30 |

All the foregoing less 2 per centum cash; less .65 lire per case loading charge; less cost of cartons (if of American manufacture and if included in each price).

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as set forth above.

Judgment will be rendered accordingly.

AUGUST 31, 1944

No. 6050.——United States v. *M. V. Jenkins et al.* Entered at Sumas and Blaine, Wash. Reap. Dec. 6040. Motion by defendant.

F. W. WOOLWORTH CO. *v.* UNITED STATES

No. 6051.—Invoices dated Sonneberg, Germany, September 7, 1939, etc. Certified September 9, 1939, etc. Entered at Baltimore, Md., October 2, 1939, etc. Entry No. 1179, etc.

(Decided September 6, 1944)

*Sharretts & Hillis* (*Edward P. Sharretts* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney) for the defendant.